Decided October 22, 2013

Appeal, insofar as taken from that portion of the Appellate Division order affirming so much of Family Court's order as granted the petition and modified custody, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved (*see* CPLR 5601 [b] [1]); appeal otherwise dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (*see* CPLR 5601; NY Const, art VI, § 3).

In the Matter of CATHERINE A. GORMAN, Appellant, v KATHLEEN M. RICE, Nassau County District Attorney, Respondent, et al., Respondent.

Submitted August 26, 2013; decided October 22, 2013

Motion for leave to appeal denied as unnecessary. Motion for a stay granted.

LIDIA HUGHES, Respondent, v ANDRE HUGHES, Appellant.

Submitted September 16, 2013; decided October 22, 2013

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

JACOBSON FAMILY INVESTMENT, INC., et al., Appellants, v NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al., Respondents.

Submitted July 22, 2013; decided October 22, 2013

949

Motion, insofar as it seeks leave to appeal on behalf of MDG 1994 GRAT, LLC and BSJ Foundations, LLC, dismissed upon the ground that as to those parties the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

Judge Abdus-Salaam taking no part.